JS-6

1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       CENTRAL DISTRICT OF CALIFORNIA
10
11   AIDS HEALTHCARE FOUNDATION,          Case No. CV 22-8450 PA (Ex)
12                    Plaintiff,           JUDGMENT
13         v.
14   APEXUS, LLC,
15
16                    Defendant.
17
18        In accordance with the Court's April 10, 2023, Order granting Defendant Apexus,
19   LLC's ("Defendant") Motion to Dismiss,
20        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by
21   Plaintiff Aids Healthcare Foundation ("Plaintiff") is dismissed with prejudice.
22        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take
23   nothing and Defendant shall have its costs of suit.
24   DATED: April 10, 2023
25                                         _____
26                                                   Percy Anderson
                                           UNITED STATES DISTRICT JUDGE
27
28